# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

### Hon. Lois Bloom
### United States Magistrate Judge

### Civil Conference Appearance Sheet

### TELEPHONE CONFERENCE

### JANUARY 20, 2010

Case Name: <u>Bolden v. Perez, et al.</u> _____

Docket Number: <u>07cv57</u> _____

| | |
|---|---|
| Tick Numbers: _____2:30 - 3:00_____ | |
| Total Time in Court: ___30 min___ | |

## Plaintiff/Plaintiff's Counsel:

Name: _____Leroy Bolden_____

Address/Firm: _____

_____

Telephone: _____

☐ This is a new address.

## Defendant(s):

Counsel: _____Jessica Talia Cohen_____

Firm Name: _____Corp. Counsel_____

Counsel: _____

Firm Name: _____